IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERESA HESTEKIN

    Plaintiff,

  v.

Case No. 17-cv-869-wmc

FRED BELAY, THE TOWN OF UNION,
BEKAH WEITZ, THE EAU CLAIRE
COUNTY HUMANE SOCIETY,
JODI S. BOHL, CYNTHIA MATHER,
and EAU CLAIRE ANIMAL HOSPITAL,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Fred Belay, The Town of Union, Bekah Weitz, The Eau Claire County Humane Society, Jodi S. Bohl, Cynthia Mather, and Eau Claire Animal Hospital against plaintiff Teresa Hestekin dismissing this case.

| s/ K. Frederickson, Deputy Clerk | March 25, 2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |